No. 423, Misc. LYLES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert T. S. Colby* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 571, Misc. COOK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 588, Misc. SPEARS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 592, Misc. GRAVELY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 600, Misc. HAMILTON *v.* PEPSI COLA BOTTLING Co. OF WASHINGTON, D. C. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 603, Misc. BRISTER *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied.

No. 601, Misc. BRANDT *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.